

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-23-00306-CV

———————————————

IN RE HEIDI ELIZABETH GOODWIN, Relator

---

Original Proceeding
362nd District Court of Denton County, Texas
Trial Court No. 21-5348362

---

Before Bassel, Kerr, and Walker, JJ.
Per Curiam Memorandum Opinion

**MEMORANDUM OPINION**

The court has considered relator's petition for writ of mandamus and motion for emergency relief and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus and motion for emergency relief are denied.

Per Curiam

Delivered: August 23, 2023